```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 31029
  CASSANDRA WARNER
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-5978


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/20/04 and confirmed on 11/08/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  12144.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 11339.00 | .00 | 6302.67 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | .00 | .00 | .00 |
| CHECK PRO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1175.00 | .00 | 653.11 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| OLD SECOND NATIONAL BANK | UNSECURED | 722.71 | .00 | 401.71 |
| PEOPLES GAS | UNSECURED - C | 977.61 | .00 | 409.69 |
| PROVIDENT FUNDING ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 513.34 | .00 | 285.34 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| YELLOW BOOK OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WALMART | UNSECURED | 1322.21 | .00 | 734.94 |
| WEST SUBURBAN HOSPITAL M | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 435.00 | 17.04 | 435.00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 110.06 | .00 | 61.18 |
| CAPITAL ONE FINANCIAL | UNSECURED | .00 | .00 | .00 |

         Summary of disbursements:

```
                      SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     435.00          .00     15182.32       977.61      16594.93
PRINCIPAL PAID         435.00          .00      8438.95       409.69       9283.64
INTEREST PAID           17.04          .00          .00          .00         17.04
TOTAL PAID             452.04          .00      8438.95       409.69       9300.68
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP        , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $    511.32 .

Refunds to the Debtor totaled $    132.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/09/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE